IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CURTIS RAY BALLOU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-093 |
| | ) | |
| GREGORY DOZIER; | ) | |
| SCOTT WILKES; STAN SHEPARD; | ) | |
| DR. ABUZEID; MARY AUSTON; | ) | |
| DR. YOUNG; DR. FURNAN; | ) | |
| DR. WHITE; CHRISTINE WILLIAMS; and | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Plaintiff wrote a letter addressed to the Clerk of Court which was improperly filed on the record. (Doc. no. 14.) "[I]f a litigant seeks judicial action of any sort . . . it must be contained within a motion arising from a properly filed lawsuit." In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000). Thus, to the extent Plaintiff wants the Court to take a specific action in his case, he must file a properly captioned motion and may not simply write letters to the Clerk of Court.

The Court **DIRECTS** the Clerk to return Plaintiff's letter.

SO ORDERED this 12th day of September, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA